AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | |
|---|---|
| United States of America<br>v.<br><br><br><br><br><u>                                        </u><br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of <u>                              </u> in the county of <u>                              </u> in the <u>             </u> District of <u>                    </u>, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|

This criminal complaint is based on these facts:

❒ Continued on the attached sheet.

<u>                                                           </u>
*Complainant's signature*

<u>                                                           </u>
*Printed name and title*

Sworn to before me and signed in my presence.

Date: <u>                    </u>      <u>                                                           </u>
*Judge's signature*

City and state: <u>                                        </u>   <u>                                                           </u>
*Printed name and title*

# Attachment A

I am a Special Agent of the United States with Homeland Security Investigations (HSI) and am knowledgeable of the following facts:

1. On December 31, 2021, at approximately 2:35 pm, Bryan Alejandro CHAVEZ-Silva and Kenia ROSAS-Guantos, both Mexican citizens, attempted to leave the United States, via the Laredo, Texas, Port of Entry Lincoln-Juarez, in a Kia sedan bearing Mexican license plates. CHAVEZ-Silva, the driver of the vehicle, gave a negative oral declaration to a U.S. Customs and Border Protection Officer (CBPO) who was conducting outbound operations. The negative declaration was for weapons, ammunition and currency in excess of more than $10,000.00 U.S. Dollars.

2. CHAVEZ-Silva stated he was shopping in Laredo, Texas and was traveling back to Nuevo Laredo, Tamaulipas, Mexico. CHAVEZ-Silva claimed ownership of the vehicle. While at primary inspection, a CBPO officer observed a box that contained a tricycle on the rear seat of the vehicle. The CBPO inspected the box and observed a box of ammunition concealed within the tricycle box. All occupants and the vehicle were referred to the secondary inspection area.

3. A further inspection of the box with the tricycle revealed twelve (12) boxes of various caliber ammunition. All ammunition boxes were discovered concealed inside the box that contained the tricycle.

4. Homeland Security Investigations (HSI) special agents (SAs) responded to the POE and interviewed both subjects. CHAVEZ-Silva and ROSAS-Guantos were read their Miranda Rights, and both stated they were willing to answer questions.

5. CHAVEZ-Silva stated he purchased ten (10) of the twelve (12) boxes of ammunition found in his vehicle. CHAVEZ-Silva stated he concealed the ammunition boxes within the box that contained a tricycle. CHAVEZ-Silva admitted the ammunition was going to be used for hunting and/or recreational purposes in Mexico.

6. CHAVEZ-Silva stated he was aware that it is against the law to attempt to smuggle the ammunition from the United States to Mexico. CHAVEZ-Silva stated he does not have, nor has he ever applied for a license to export firearms and/or ammunition.

7. ROSAS-Guantos admitted to purchasing two (2) boxes of ammunition at a local store in Laredo, Texas. ROSAS-Guantos stated she observed CHAVEZ-Silva conceal all the boxes of ammunition within the tricycle box. ROSAS-Guantos stated she assisted CHAVEZ-Silva in taping the box with the tricycle before attempting to leave the United States.

8. ROSAS-Guantos stated she believed the ammunition boxes were concealed to avoid Mexican customs. ROSAS-Guantos believed Mexican customs would seize the ammunition because they do not have a hunting permit. ROSAS-Guantos stated she is

aware it is illegal to attempt to smuggle firearms to Mexico but did not know the ammunition was illegal.

9. ROSAS-Guantos stated she threw away the store bags that contained the receipts for the ammunition purchase. ROSAS-Guantos stated she does not have, nor has she ever applied for a license to export firearms and/or ammunition.

10. CBPOs discovered twenty (20) rounds of 30-30 caliber, two hundred (200) rounds of .45 caliber, fifty (50) rounds of .40 caliber, two hundred and fifty (250) rounds of 9-millimeter, fifty (50) rounds of .380 caliber, and two hundred (200) rounds of .22 caliber ammunition. CBPOs discovered a total of seven hundred and seventy (770) rounds of ammunition concealed within the vehicle. The ammunition seized by CBP is listed on the Commerce Control list and it is illegal to export without a license and/or declaration.